# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NXP USA, INC. and NXP B.V.<br><br>         Plaintiff,<br><br>    v.<br><br>IMPINJ, INC.<br><br>         Defendant. | Civil Action No.: 19-1875-RGA<br><br>**JURY TRIAL DEMANDED** |

## IMPINJ'S MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF WASHINGTON UNDER 28 U.S.C. § 1404(a)

Defendant Impinj, Inc. respectfully moves this Court for an Order transferring this case to the Western District of Washington pursuant to 28 U.S.C. § 1404(a).

The grounds for this Motion are fully set forth in the accompanying opening brief in support, and the declarations of Yukio Morikubo and Ramsey Al-Salam submitted herewith.

ASHBY & GEDDES

/s/ Steven J. Balick
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Of Counsel:*

Ramsey M. Al-Salam
RAlsalam@perkinscoie.com
Christina J. McCullough
CMcCullough@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

*Attorneys for Defendant*

Dated: November 25, 2019

{01511287;v1 }

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for Plaintiff NXP USA, Inc. and NXP B.V. and that the parties were unable to reach agreement.

*/s/ Steven J. Balick*
_____
Steven J. Balick