# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NXP USA, INC. and NXP B.V.<br><br>      Plaintiff,<br><br>  v.<br><br>IMPINJ, INC.<br><br>      Defendant. | Civil Action No.: 19-1875-RGA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

This _____ day of _____, 20____, Defendant Impinj, Inc. ("Impinj") having moved to transfer this action to the Western District of Washington, and the Court having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Impinj's motion is granted, and that this action is transferred to The United States District Court for the Western District of Washington.

_____
United States District Judge

{01511287;v1 }